IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cisco Systems, Inc., | NO. C 10-04960 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINES FOR PLAINTIFF TO MOVE FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT** |
| v. | |
| Gestión Tecnológica, C. por A., | |
| Defendant. | |

This case is scheduled for an Initial Case Management Conference on January 31, 2011. On January 21, 2011, Plaintiff filed a Case Management Statement. (See Docket Item No. 24.) Defendant has yet to appear in the present case. On November 22, 2010, the Court granted Plaintiff's Motion for a Temporary Restraining Order enjoining Defendant from bringing suit against Plaintiff based on breach of the parties' contract, which included a United States forum selection clause. (See Docket Item No. 19.) On December 8, 2010, following a hearing where Defendant failed to appear, the Court granted Plaintiff's Preliminary Injunction. (See Docket Item No. 22.) In its Statement, Plaintiff contends that Defendant has acted in violation of the Court's Order and brought suit against Plaintiff in the Dominican Republic Courts. However, Plaintiff has filed a motion to dismiss in the Dominican Republic litigation and anticipates that the court will rule on the motion in June 2011. In light of Defendant's continued failure to appear and Plaintiff's pending substantive motion, the Court finds that a Case Management Conference is not necessary at this time.

Accordingly, the Court VACATES the January 31 Conference.  Further, in light of Defendant's continued failure to appear, on or before **February 28, 2011**, Plaintiffs shall seek with the Clerk of Court an entry of default and within two weeks of entry, file and lodge with the Court a Motion for Default Judgment against Defendant.  The Motion shall be noticed in accordance with the Court's calendar and Civil Local Rules.

Dated:  January 28, 2011

JAMES WARE
United States District Chief Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Dennis John Sinclitico DSinclitico@morganlewis.com
   Howard Holderness hholderness@morganlewis.com

4  **Dated: January 28, 2011**                    **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**